## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAMLEY BORDELON AND NANCY BORDELON** | * * | **CIVIL ACTION NO. 2:23-2691** |
| *Petitioners* | * | **SECTION: "H"(3)** |
| **VERSUS** | * * | **JUDGE JANE TRICHE MILAZZO** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * * | **MAGISTRATE EVA J. DOSSIER** |
| *Defendant* | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing *Joint Stipulation of Dismissal With Prejudice* filed by Plaintiffs, Ramley Bordelon and Nancy Bordelon, and Defendant, State Farm Fire and Casualty Insurance Company;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims and causes of action of Ramley Bordelon and Nancy Bordelon and State Farm Fire and Casualty Insurance Company, in this matter be and are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 21st day of October, 2024.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE